IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALYSSA LAWSON, | ) | Civil Action No. 2:20-cv-1112 |
| | ) | |
| Plaintiff, | ) | HONORABLE MARILYN J HORAN |
| | ) | |
| v. | ) | |
| | ) | |
| A.K. STEEL, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | Electronically Filed. |

STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

s/Joel S. Sansone
Joel S. Sansone, Esquire
Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194
PA ID No. 41008

s/Timothy J Downing
Timothy J Downing, Esquire
Ulmer & Berne LLP
1660 West 2nd Street
Suite 1100
Cleveland, Ohio 44113
216.583.7142

January 19, 2021

By the Court:

_Marilyn J Horan_ J.